DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARRYL MYERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1896

[September 24, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Usan, Judge; L.T. Case No. 08-9591CF10A.

Darryl Myers, Jasper, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State*, 411 So. 3d 392 (Fla. 2025) (holding that, even if *Erlinger v. United States*, 602 U.S. 821 (2024), constitutes a change in law, it does not apply retroactively to cases that were final when it was decided).

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***